1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RICHARD K. JOHNSON,                          CV F   04 6011 REC SMS

10                         Plaintiff,           ORDER DENYING REQUEST FOR SERVICE
                                                ON DEFENDANTS

11         v.
                                                (Doc. 19-1)

12  C/O BAKEWELL,

13                         Defendants.

14  _____/

15

16         Richard K. Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

18         On November 9, 2005, Plaintiff filed a "Request for Service on the Defendants" in which

19  he asks the Court to issue the appropriate documents for the U.S. Marshal to serve the

20  Defendants.  Plaintiff cites to the Federal Rules of Civil Procedure as evidence that the U.S.

    Marshal is to serve the Complaint within a certain period of time.

21         The instant action is governed by the Prison Litigation Reform Act ("PLRA").  Under the

22  PLRA, the court is required to screen complaints brought by prisoners seeking relief against a

23  governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).

24  Plaintiff was informed in the First Informational Order that an Order directing service would

25  issue only after the Court had made a preliminary determination that the Complaint stated a claim

26  for relief.  The Court's screening function has yet to occur in the instant case.  Plaintiff can rest

27  assured that the Court is fully aware of the existence of his case.  However, as the Court has

28

1   before it hundreds of similar cases at any given time, some delay in processing the case is to be

2   expected.  Generally, the Court proceeds with the screening of the case in the order it was filed.

3   Plaintiff should keep the Court apprised of his current address should it change so as to receive

4   all Order related to his case that might issue.  The Court will proceed with Plaintiffs case in due

5   course.

6          Accordingly, the Court HEREBY ORDERS:

7          1.      The Request for Service is DENIED.

8

9

10  IT IS SO ORDERED.

11  **Dated:   November 16, 2005**                    **/s/ Sandra M. Snyder**
    icido3                                   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2